# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| PLECTRUM LLC, <br><br> Plaintiff, <br><br> v. <br><br> ARISTA NETWORKS, INC., <br><br> Defendant. | Civil Action No. 4:17-CV-76-ALM <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Plectrum LLC ("Plaintiff") and Defendant Arista Networks, Inc. ("Arista") have resolved Plaintiff's claims for relief against Arista.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Plectrum LLC ("Plectrum") submits this notice of voluntary dismissal with prejudice of all claims and causes of action asserted in this case against Arista. In accordance with Rule 41(a)(1)(A)(i), Plectrum states that this notice is filed prior to service by Arista of an answer or a motion for summary judgment. Each party shall bear its own attorneys' fees and costs.

Dated: June 20, 2017

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586

michael@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000
sdavis@stafforddavisfirm.com

*Attorneys for Plectrum LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Zachariah S. Harrington*
Zachariah S. Harrington